UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Keith L Vasser  
    Kristine A Vasser  
        Debtor(s)

Case No. 17 B 18923

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/22/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 08/16/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $480.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acceptance Now | Secured | 3,577.00 | NA | 1,200.00 | 0.00 | 0.00 |
| Account Recovery Servi | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| Affinity Credit Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| American Collections | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| american vision centers | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Americash | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapeutic Inst. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Berks Credit & Coll | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Caine Weiner | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cash Yes | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CCI Contract Callers, Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ccrservices | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Charter One | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHESWOLD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chicago Ridge Fire Dept | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Christ Hospital & Medical Center | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago * | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Collection Prof/Lasal | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,117.53 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Depaul University | Unsecured | 5,596.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/navient | Unsecured | 33,597.00 | NA | NA | 0.00 | 0.00 |
| ER Medical Associates of Palos LTD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Express Scripts | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fed Loan Serv | Unsecured | 58,315.00 | NA | NA | 0.00 | 0.00 |
| Ffcc-Columbus Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Foot & Ankle Associates, Ltd. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Full Circle Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Gary A Tapak, DDS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Gentle Breeze Loan | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Secured | 3,764.30 | 3,764.30 | 3,764.30 | 0.00 | 0.00 |
| Harris | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Family Dental | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Hydra Funds II | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ill Stdnt As | Unsecured | 19,224.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Depart of Revenue (IL tax) | Unsecured | 322.65 | NA | NA | 0.00 | 0.00 |
| Illinois Depart of Revenue (IL tax) | Priority | 1,298.27 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 16,010.24 | 6,879.00 | 6,879.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 2,422.00 | 922.00 | 922.00 | 0.00 | 0.00 |
| jack ruby chartered | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Joseph A. Serpico & Assoc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Secured | 1,798.80 | NA | 850.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 404.81 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Mike Krese | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Svc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of America | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 430.87 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,388.39 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Northwest Repossession | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Oak Lawn Community High School | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Palos Health | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Parkview Orthopedic Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Health Partners | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Perfect Smiles | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 27,796.55 | 30,137.89 | 30,137.89 | 0.00 | 0.00 |
| Resurgent Capital Service | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ShopNBC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Shoreline Online | Unsecured | 320.80 | NA | NA | 0.00 | 0.00 |
| Skin & Wellness Center | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TCF Financial | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Tnb - Target | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Transworld System Inc. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 852.16 | NA | NA | 0.00 | 0.00 |
| VIP Loans | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Western Sky Financial, LLC. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| White Hills Cash Island Finance | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $33,902.19 | $0.00 | $0.00 |
| All Other Secured | $2,050.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$35,952.19** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,879.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,879.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$922.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2017          By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**